**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: BANKEST RECEIVABLES USA LLC     §     Case No. 03-41254-BKC-AJC
                                           §
                                           §
                                           §
         Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        Barry Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,704,000.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $2,337,171.74 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $345,571.43 | |

        3) Total gross receipts of $2,682,743.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,682,743.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $345,571.43 | $345,571.43 | $345,571.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,115,000.00 | $5,115,000.00 | $5,115,000.00 | $2,337,171.74 |
| **TOTAL DISBURSEMENTS** | $5,115,000.00 | $5,460,571.43 | $5,460,571.43 | $2,682,743.17 |

4) This case was originally filed under chapter 7 on 10/16/2003.  The case was pending for 172 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      02/27/2018                        By: /s/ Barry  Mukamal
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| GUNSTER SETTLEMENT | 1249-000 | $213,500.00 |
| MELLON UNITED BANK | 1129-000 | $1,411,059.18 |
| INTEREST (u) | 1270-000 | $8,183.99 |
| POTENTIAL CLAIMS AGAINST PROFESSIONALS & OTHERS | 1149-000 | $1,050,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,682,743.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry E. Mukamal, Trustee | 2100-000 | NA | $103,732.30 | $103,732.30 | $103,732.30 |
| Accountant for Trustee, Fees - KapilaMukamal LLP | 3310-000 | NA | $5,142.00 | $5,142.00 | $5,142.00 |
| Accountant for Trustee, Fees - Rachlin Cohen Holtz LLP | 3310-000 | NA | $11,115.00 | $11,115.00 | $11,115.00 |
| Accountant for Trustee, Expenses - KapilaMukamal LLP | 3320-000 | NA | $104.31 | $104.31 | $104.31 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $4,835.00 | $4,835.00 | $4,835.00 |
| Attorney for Trustee Fees (Other Firm) - Buchanan Ingersoll PC | 3210-000 | NA | $5,453.00 | $5,453.00 | $5,453.00 |
| Attorney for Trustee Fees (Other Firm) - David R. Softness, P.A. | 3210-000 | NA | $26,518.50 | $26,518.50 | $26,518.50 |
| Attorney for Trustee Fees (Other Firm) - Holland & Knight | 3210-000 | NA | $186,759.00 | $186,759.00 | $186,759.00 |
| Attorney for Trustee Expenses (Other Firm)  - Buchanan Ingersoll PC | 3220-000 | NA | $29.60 | $29.60 | $29.60 |
| Attorney for Trustee Expenses (Other Firm)  - Holland & Knight | 3220-000 | NA | $1,882.72 | $1,882.72 | $1,882.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$345,571.43** | **$345,571.43** | **$345,571.43** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | None | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DIANA J GARMENDIA | 7100-000 | $495,000.00 | $495,000.00 | $495,000.00 | $226,177.91 |
| 2 | EFG PRIVATE BANK SA | 7100-000 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $1,827,700.28 |
| 3 | SIXTO CAMPANO | 7100-000 | $150,000.00 | $150,000.00 | $150,000.00 | $68,538.76 |
| 6 | FINE & LICITRA LLP | 7100-000 | $220,000.00 | $220,000.00 | $220,000.00 | $40,623.08 |
| 6 | US Bankruptcy Court - FINE & LICITRA LLP | 7100-001 | NA | NA | NA | $59,900.44 |
| 7 | POLARIS ENTERPRISES INTERNATIONAL INC. | 7100-000 | $250,000.00 | $250,000.00 | $250,000.00 | $46,155.79 |
| 7 | US Bankruptcy Court - POLARIS ENTERPRISES INTERNATIONAL INC. | 7100-001 | NA | NA | NA | $68,075.48 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,115,000.00** | **$5,115,000.00** | **$5,115,000.00** | **$2,337,171.74** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

Case No.:  03-41254-BKC-AJC

Case Name:  BANKEST RECEIVABLES USA LLC

For Period Ending:  02/27/2018

Trustee Name:  (290830) Barry Mukamal

Date Filed (f) or Converted (c):  10/16/2003 (f)

§ 341(a) Meeting Date:  04/12/2004

Claims Bar Date:  07/12/2004

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MELLON UNITED BANK | 1,410,000.00 | 1,410,000.00 | | 1,411,059.18 | FA |
| 2 | ESTIMATED SECURED RECEIVABLES | 3,704,000.00 | 0.00 | | 0.00 | FA |
| 3 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | 0.00 | | 0.00 | FA |
| 4 | POTENTIAL CLAIMS AGAINST PROFESSIONALS & OTHERS<br>Unable to disclose settlement amount as settlement entered under seal. | Unknown | 1,050,000.00 | | 1,050,000.00 | FA |
| 5 | GUNSTER SETTLEMENT (u) | 213,500.00 | 213,500.00 | | 213,500.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 8,183.99 | FA |
| 6 | Assets Totals (Excluding unknown values) | $5,327,500.00 | $2,673,500.00 | | $2,682,743.17 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee recovered $1,632,743.17 and disbursed all of the funds pursuant to the Court Orders dated December 15, 2004 (ECF #78) and June 6, 2006 (ECF #110). All administrative claims incurred through 05/2006 have been paid in full and the general unsecured creditors received a 26.53% distribution in the amount of $1,357,010.11. The Trustee received a 2.15% interest in proceeds from a settled lawsuit (E.S. Bankest LC). The initial lawsuit was adjudicated in favor of the plaintiffs and reversed on appeal. The plaintiffs and the defendant then entered into a settlement which was consummated and is under seal.  The Estate received $1,050,000 from the settled lawsuit.

Case has been open for a long period of time due to:
1.          Underlying claim which gave rise to Estate's entitled to recovery share was in appeal for years and when settlement occurred, a dispute arose between the Estate and Banco Espirito Santos (assignee of proceeds of litigation) regarding the calculation of net amount due (contested expenses);
2.          Shortly after amounts were ultimately agreed upon, Banco Espirito Santos was thrust into receivership, causing a multi-year delay.
It is anticipated that finality will be achieved during the next calendar year.

01/28/04 - Order granting employment of Trustee's attorney, Rodolfo Pittaluga, Jr. Esq.
02/09/04 - Order granting employment of Trustee's accountant, Rachlin Cohen & Hotlz, CPA.
01/31/05 - Chapter 7 bond cancelled.
06/02/06 - Miami-Dade Tax Collector withdrew its claim against the estate.
06/06/06 - Order allowing fees based upon receipt of the Gunster proceeds.
06/30/06 - Distribution pending receipt of Gunster proceeds.
03/25/09 - Order granting substitution of Trustee's attorney, David R. Softness Esq.
08/26/16 - Order authorizing employment of KapilaMukamal, LLP as accountants for the Trustee.

Claims review complete.  A tax return will be required once all proceeds received.

Current Projected Date Of Final Report (TFR):   12/01/2016 (Actual)          Initial Projected Date Of Final Report (TFR):   10/31/2004

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 03-41254-BKC-AJC | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | BANKEST RECEIVABLES USA LLC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | **-***9109 | Account #: | ********8165 Money Market Account |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/04 | {1} | Mellon United National Bank | Proceeds of Mellon Bank account # ***-***766-8 | 1129-000 | 1,411,059.18 | | 1,411,059.18 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 23.13 | | 1,411,082.31 |
| 03/29/04 | 1001 | International Sureties, Ltd. | L.R. 2016-1(A) mandatory bond for funds over $1,000,000.00 | 2300-000 | | 4,234.00 | 1,406,848.31 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 537.54 | | 1,407,385.85 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 865.80 | | 1,408,251.65 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 894.86 | | 1,409,146.51 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 866.54 | | 1,410,013.05 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 895.98 | | 1,410,909.03 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 896.55 | | 1,411,805.58 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 868.17 | | 1,412,673.75 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 897.67 | | 1,413,571.42 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 869.26 | | 1,414,440.68 |
| 12/09/04 | 1002 | International Sureties, Ltd. | LR 2016-1(A) - Bond 016031218 premium for 45 of 365 days | 2300-000 | | 522.00 | 1,413,918.68 |
| 12/17/04 | 1003 | International Sureties, Ltd. | Trustee Bond, balance due, LR 2016-1(A) Voided on 12/17/2004 | 2300-000 | | 3,712.00 | 1,410,206.68 |
| 12/17/04 | 1003 | International Sureties, Ltd. | Trustee Bond, balance due, LR 2016-1(A) Voided: check issued on 12/17/2004 | 2300-000 | | -3,712.00 | 1,413,918.68 |
| 12/20/04 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.2500% | 1270-000 | 550.75 | | 1,414,469.43 |
| 12/20/04 | | To Account #********8166 | transfer | 9999-000 | | 1,414,469.43 | 0.00 |

|  |  | COLUMN TOTALS | | | 1,419,225.43 | 1,419,225.43 | $0.00 |
|  |  | Less: Bank Transfers/CDs | | | 0.00 | 1,414,469.43 | |
|  |  | **Subtotal** | | | 1,419,225.43 | 4,756.00 | |
|  |  | Less: Payments to Debtors | | | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | | | $1,419,225.43 | $4,756.00 | |

## Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 03-41254-BKC-AJC | | **Trustee Name:** | | Barry Mukamal (290830) | |
| **Case Name:** | BANKEST RECEIVABLES USA LLC | | **Bank Name:** | | JPMORGAN CHASE BANK, N.A. | |
| **Taxpayer ID #:** | **-***9109 | | **Account #:** | | ********8166 Checking Account | |
| **For Period Ending:** | 02/27/2018 | | **Blanket Bond (per case limit):** | | $73,967,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/04 | | From Account #********8165 | transfer | 9999-000 | 1,414,469.43 | | 1,414,469.43 |
| 12/21/04 | 101 | International Sureties, Ltd. | Balance of Bond Premium through 01/31/05, LR 2016-1(A) | 2300-000 | | 79.00 | 1,414,390.43 |
| 12/23/04 | 102 | Barry E. Mukamal, Trustee | Court Ordered 12/15/04 | 2100-000 | | 59,158.07 | 1,355,232.36 |
| 12/23/04 | 103 | Rachlin Cohen Holtz LLP | Trustee's accountant, court ordered 12/15/04 | 3310-000 | | 11,115.00 | 1,344,117.36 |
| 12/23/04 | 104 | Holland & Knight | Trustee's Attorney Fees & Expenses, Court Ordered 12/15/04 | | | 176,815.92 | 1,167,301.44 |
| | | | Attorney Fees<br>$175,000.00 | 3210-000 | | | 1,167,301.44 |
| | | | Attorney Expenses<br>$1,815.92 | 3220-000 | | | 1,167,301.44 |
| 12/23/04 | 105 | MIAMI-DADE COUNTY TAX COLLECTOR | Per Court Order dated 12/15/04 Stopped on 04/30/2005 | 4800-000 | | 608.87 | 1,166,692.57 |
| 12/23/04 | 106 | EFG PRIVATE BANK SA | Per Court Order dated 12/15/04 | 7100-000 | | 962,388.60 | 204,303.97 |
| 12/23/04 | 107 | SIXTO CAMPANO | Per Court Order 12/15/04 | 7100-000 | | 22,110.64 | 182,193.33 |
| 12/23/04 | 108 | DIANA J GARMENDIA | Per Court order 12/15/04 | 7100-000 | | 112,900.84 | 69,292.49 |
| 12/23/04 | 109 | FEDERICO ALSOGARAY | Court Ordered 12/15/04 | 7100-000 | | 32,437.52 | 36,854.97 |
| 12/23/04 | 110 | POLARIS ENTERPRISES INTERNATIONAL INC. | Court Ordered 12/15/04 | 7100-000 | | 36,854.97 | 0.00 |
| 04/30/05 | 105 | MIAMI-DADE COUNTY TAX COLLECTOR | Per Court Order dated 12/15/04 Stopped: check issued on 12/23/2004 | 4800-000 | | -608.87 | 608.87 |
| 06/02/05 | | To Account #********8167 | transfer | 9999-000 | | 608.87 | 0.00 |
| 07/24/06 | | From Account #********8167 | transfer | 9999-000 | 214,126.61 | | 214,126.61 |
| 07/24/06 | 111 | Barry E. Mukamal, Trustee | Dividend paid 100.00% on $65,658.74, Trustee Compensation;  Reference: | 2100-000 | | 6,500.67 | 207,625.94 |
| 07/24/06 | 112 | Holland & Knight | Dividend paid 100.00% on $186,759.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 11,759.00 | 195,866.94 |
| 07/24/06 | 113 | Holland & Knight | Dividend paid 100.00% on $1,882.72, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 66.80 | 195,800.14 |
| 07/24/06 | 114 | Buchanan Ingersoll PC | Dividend paid 100.00% on $5,453.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 5,453.00 | 190,347.14 |
| 07/24/06 | 115 | Buchanan Ingersoll PC | Dividend paid 100.00% on $29.60, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 29.60 | 190,317.54 |
| 07/24/06 | 116 | DIANA J GARMENDIA | Dividend paid  26.53% on $495,000.00; Claim# 1; Filed: | 7100-000 | | 18,422.72 | 171,894.82 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$1,628,596.04** | **$1,456,701.22** |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 03-41254-BKC-AJC | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | BANKEST RECEIVABLES USA LLC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | **-***9109 | Account #: | ********8166 Checking Account |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $495,000.00; Reference: , court ordered 06/06/06.<br>Stopped on 07/27/2006 | | | | |
| 07/24/06 | 117 | EFG PRIVATE BANK SA | Dividend paid  26.53% on $4,000,000.00; Claim# 2; Filed: $4,000,000.00; Reference: , court ordered 06/06/06.<br>Stopped on 07/27/2006 | 7100-000 | | 98,811.87 | 73,082.95 |
| 07/24/06 | 118 | SIXTO CAMPANO | Dividend paid  26.53% on $150,000.00; Claim# 3; Filed: $150,000.00; Reference: , court ordered 06/06/06.<br>Stopped on 07/27/2006 | 7100-000 | | 17,684.38 | 55,398.57 |
| 07/24/06 | 119 | FEDERICO ALSOGARAY | Dividend paid  26.53% on $220,000.00; Claim# 6; Filed: $220,000.00; Reference: , court ordered 06/06/06.<br>Stopped on 07/27/2006 | 7100-000 | | 25,928.51 | 29,470.06 |
| 07/24/06 | 120 | POLARIS ENTERPRISES INTERNATIONAL INC. | Dividend paid  26.53% on $250,000.00; Claim# 7; Filed: $250,000.00; Reference: , court ordered 06/06/06.<br>Stopped on 07/27/2006 | 7100-000 | | 29,470.06 | 0.00 |
| 07/27/06 | 116 | DIANA J GARMENDIA | Dividend paid  26.53% on $495,000.00; Claim# 1; Filed: $495,000.00; Reference: , court ordered 06/06/06.<br>Stopped: check issued on 07/24/2006 | 7100-000 | | -18,422.72 | 18,422.72 |
| 07/27/06 | 117 | EFG PRIVATE BANK SA | Dividend paid  26.53% on $4,000,000.00; Claim# 2; Filed: $4,000,000.00; Reference: , court ordered 06/06/06.<br>Stopped: check issued on 07/24/2006 | 7100-000 | | -98,811.87 | 117,234.59 |
| 07/27/06 | 118 | SIXTO CAMPANO | Dividend paid  26.53% on $150,000.00; Claim# 3; Filed: $150,000.00; Reference: , court ordered 06/06/06.<br>Stopped: check issued on 07/24/2006 | 7100-000 | | -17,684.38 | 134,918.97 |
| 07/27/06 | 119 | FEDERICO ALSOGARAY | Dividend paid  26.53% on $220,000.00; Claim# 6; Filed: $220,000.00; Reference: , court ordered 06/06/06.<br>Stopped: check issued on 07/24/2006 | 7100-000 | | -25,928.51 | 160,847.48 |
| 07/27/06 | 120 | POLARIS ENTERPRISES INTERNATIONAL INC. | Dividend paid  26.53% on $250,000.00; Claim# 7; Filed: $250,000.00; Reference: , court ordered 06/06/06.<br>Stopped: check issued on 07/24/2006 | 7100-000 | | -29,470.06 | 190,317.54 |
| 08/01/06 | 121 | DIANA J GARMENDIA | Dividend paid  100.00% on $495,000.00; Claim# 1; Filed: $495,000.00; Reference: , court ordered 06/06/06. | 7100-000 | | 18,417.03 | 171,900.51 |

| | Page Subtotals: | $0.00 | -$5.69 |
|---|---|---|---|

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  4

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 03-41254-BKC-AJC | | **Trustee Name:** | Barry Mukamal (290830) | | |
| **Case Name:** | BANKEST RECEIVABLES USA LLC | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | | |
| **Taxpayer ID #:** | **-***9109 | | **Account #:** | ********8166 Checking Account | | |
| **For Period Ending:** | 02/27/2018 | | **Blanket Bond (per case limit):** | $73,967,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/06 | 122 | EFG PRIVATE BANK SA | Dividend paid 100.00% on $4,000,000.00; Claim# 2; Filed: $4,000,000.00; Reference: , court ordered 06/06/06. | 7100-000 | | 148,834.02 | 23,066.49 |
| 08/01/06 | 123 | SIXTO CAMPANO | Dividend paid 100.00% on $150,000.00; Claim# 3; Filed: $150,000.00; Reference: , court ordered 06/06/06. | 7100-000 | | 5,580.11 | 17,486.38 |
| 08/01/06 | 124 | FEDERICO ALSOGARAY | Dividend paid 100.00% on $220,000.00; Claim# 6; Filed: $220,000.00; Reference: , court ordered 06/06/06. Voided on 08/30/2006 | 7100-000 | | 8,185.56 | 9,300.82 |
| 08/01/06 | 125 | POLARIS ENTERPRISES INTERNATIONAL INC. | Dividend paid 100.00% on $250,000.00; Claim# 7; Filed: $250,000.00; Reference: , court ordered 06/06/06. | 7100-000 | | 9,300.82 | 0.00 |
| 08/30/06 | 124 | FEDERICO ALSOGARAY | Dividend paid 100.00% on $220,000.00; Claim# 6; Filed: $220,000.00; Reference: , court ordered 06/06/06. Voided: check issued on 08/01/2006 | 7100-000 | | -8,185.56 | 8,185.56 |
| 09/05/06 | 126 | FINE & LICITRA LLP | Dividend paid 100.00% on $220,000.00; Claim# #6; court ordered 06/06/06. | 7100-000 | | 8,185.56 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | 1,628,596.04 | 1,628,596.04 | $0.00 |
| | Less: Bank Transfers/CDs | | | 1,628,596.04 | 608.87 | |
| | **Subtotal** | | | 0.00 | 1,627,987.17 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | $0.00 | $1,627,987.17 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 03-41254-BKC-AJC |
| **Case Name:** | BANKEST RECEIVABLES USA LLC |
| **Taxpayer ID #:** | **-***9109 |
| **For Period Ending:** | 02/27/2018 |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account #:** | ********8167 Money Market Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/05 | | From Account #********8166 | transfer | 9999-000 | 608.87 | | 608.87 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.18 | | 609.05 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.21 | | 609.26 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.23 | | 609.49 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.24 | | 609.73 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.26 | | 609.99 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.28 | | 610.27 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.31 | | 610.58 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.34 | | 610.92 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.33 | | 611.25 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.36 | | 611.61 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.39 | | 612.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.42 | | 612.42 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.40 | | 612.82 |
| 07/19/06 | {5} | Espirito Santo Bank | Gunster settlement, court ordered 06/06/06, CP110 | 1249-000 | 213,500.00 | | 214,112.82 |
| 07/24/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 13.79 | | 214,126.61 |
| 07/24/06 | | To Account #********8166 | transfer | 9999-000 | | 214,126.61 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 214,126.61 | 214,126.61 | $0.00 |
| Less: Bank Transfers/CDs | 608.87 | 214,126.61 | |
| **Subtotal** | 213,517.74 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$213,517.74** | **$0.00** | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  6

| Case No.: | 03-41254-BKC-AJC | Trustee Name: | Barry Mukamal (290830) |
| Case Name: | BANKEST RECEIVABLES USA LLC | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***9109 | Account #: | **********8166 Checking Account |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | | |
|---|---|---|
| Case No.: | 03-41254-BKC-AJC | |
| Case Name: | BANKEST RECEIVABLES USA LLC | |
| Taxpayer ID #: | **-***9109 | |
| For Period Ending: | 02/27/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Barry Mukamal (290830) | |
| Bank Name: | The Bank of New York Mellon | |
| Account #: | **********8167 Money Market Account | |
| Blanket Bond (per case limit): | $73,967,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**(No transactions on file for this period)**

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

# Form 2

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 03-41254-BKC-AJC | **Trustee Name:** Barry Mukamal (290830) |
| **Case Name:** | BANKEST RECEIVABLES USA LLC | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9109 | **Account #:** ******4666 Checking Account |
| **For Period Ending:** | 02/27/2018 | **Blanket Bond (per case limit):** $73,967,000.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/16/16 | {4} | THOMAS ALEXANDER & FORRESTER LLP/ WELLS FARGO SF | Payment in full satisfaction of the 2.15% of the Net Common Fund as set forth in the 2004 Receivables Settlement approved by the Approval Orders and the 2014 Receivables Settlement. | 1149-000 | 1,050,000.00 | | 1,050,000.00 |
| 04/10/17 | 2001 | Barry E. Mukamal, Trustee | Combined trustee compensation & expense dividend payments. | 2100-000 | | 38,073.56 | 1,011,926.44 |
| 04/10/17 | 2002 | David R. Softness, P.A. | Distribution payment - Dividend paid at 100.00% of $26,518.50; Claim # ; Filed: $26,518.50 | 3210-000 | | 26,518.50 | 985,407.94 |
| 04/10/17 | 2003 | KapilaMukamal LLP | Distribution payment - Dividend paid at 100.00% of $104.31; Claim # ; Filed: $104.31 | 3320-000 | | 104.31 | 985,303.63 |
| 04/10/17 | 2004 | KapilaMukamal LLP | Distribution payment - Dividend paid at 100.00% of $5,142.00; Claim # ; Filed: $5,142.00 | 3310-000 | | 5,142.00 | 980,161.63 |
| 04/10/17 | 2005 | DIANA J GARMENDIA | Distribution payment - Dividend paid at 19.16% of $495,000.00; Claim # 1; Filed: $495,000.00 | 7100-000 | | 94,860.04 | 885,301.59 |
| 04/10/17 | 2006 | EFG PRIVATE BANK SA | Distribution payment - Dividend paid at 17.91% of $4,000,000.00; Claim # 2; Filed: $4,000,000.00 Voided on 04/10/2017 | 7100-000 | | 716,477.66 | 168,823.93 |
| 04/10/17 | 2006 | EFG PRIVATE BANK SA | Distribution payment - Dividend paid at 17.91% of $4,000,000.00; Claim # 2; Filed: $4,000,000.00 Voided: check issued on 04/10/2017 | 7100-000 | | -716,477.66 | 885,301.59 |
| 04/10/17 | 2007 | SIXTO CAMPANO | Distribution payment - Dividend paid at 27.23% of $150,000.00; Claim # 3; Filed: $150,000.00 | 7100-000 | | 40,848.01 | 844,453.58 |
| 04/10/17 | 2008 | FINE & LICITRA LLP | Distribution payment - Dividend paid at 27.23% of $220,000.00; Claim # 6; Filed: $220,000.00 Stopped on 07/10/2017 | 7100-000 | | 59,900.44 | 784,553.14 |
| 04/10/17 | 2009 | POLARIS ENTERPRISES INTERNATIONAL INC. | Distribution payment - Dividend paid at 27.23% of $250,000.00; Claim # 7; Filed: $250,000.00 Stopped on 07/10/2017 | 7100-000 | | 68,075.48 | 716,477.66 |
| 04/11/17 | | EFG Bank AG | Final Distribution. Claim No. 2. AUST Approved on 03/28/17. | 7100-000 | | 716,477.66 | 0.00 |
| 07/10/17 | 2008 | FINE & LICITRA LLP | Distribution payment - Dividend paid at 27.23% of $220,000.00; Claim # 6; Filed: $220,000.00 Stopped: check issued on 04/10/2017 | 7100-000 | | -59,900.44 | 59,900.44 |
| 07/10/17 | 2009 | POLARIS ENTERPRISES INTERNATIONAL INC. | Distribution payment - Dividend paid at 27.23% of $250,000.00; Claim # 7; Filed: $250,000.00 Stopped: check issued on 04/10/2017 | 7100-000 | | -68,075.48 | 127,975.92 |

Page Subtotals:     **$1,050,000.00     $922,024.08**

# Form 2

Exhibit 9
Page:  9

## Cash Receipts And Disbursements Record

| Case No.: | 03-41254-BKC-AJC | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | BANKEST RECEIVABLES USA LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9109 | Account #: | ******4666 Checking Account |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/18 | | US Bankruptcy Court | ACH Debit to the Clerk of Courts. Unclaimed Funds, Claims 6 & 7. | | | 127,975.92 | 0.00 |
| | | | Distribution payment - Dividend paid at 27.23% of $220,000.00; Claim # 6; Filed: $220,000.00 | 7100-001 | | | 0.00 |
| | | | $59,900.44 | | | | |
| | | | Distribution payment - Dividend paid at 27.23% of $250,000.00; Claim # 7; Filed: $250,000.00 | 7100-001 | | | 0.00 |
| | | | $68,075.48 | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,050,000.00 | 1,050,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 1,050,000.00 | 1,050,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,050,000.00 | $1,050,000.00 | |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page:   10

| | | |
|---|---|---|
| **Case No.:** | 03-41254-BKC-AJC | |
| **Case Name:** | BANKEST RECEIVABLES USA LLC | |
| **Taxpayer ID #:** | **-***9109 | |
| **For Period Ending:** | 02/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $2,682,743.17 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,682,743.17 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********8165 Money Market Account | $1,419,225.43 | $4,756.00 | $0.00 |
| ********8166 Checking Account | $0.00 | $1,627,987.17 | $0.00 |
| ********8167 Money Market Account | $213,517.74 | $0.00 | $0.00 |
| **********8166 Checking Account | $0.00 | $0.00 | $0.00 |
| **********8167 Money Market Account | $0.00 | $0.00 | $0.00 |
| ******4666 Checking Account | $1,050,000.00 | $1,050,000.00 | $0.00 |
| | $2,682,743.17 | $2,682,743.17 | $0.00 |